STATE OF NEW JERSEY v. CECIL E. JASPER.

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. LIONEL CAINS.

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH S. GUZZI.

June 1, 1971. Petition for certification denied.

CHARLES WILLIAM BASKERVILLE, JR., *ET AL.* v.
TOWN OF MONTCLAIR, *ETC.*, *ET AL.*

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. HARVEY FRANKLIN, *ET AL.*

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. PERRY HAY.

June 1, 1971. Petition for certification denied.